# 151318

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 06-15730
)
    Fred McCall ) Chapter 7
    Maxine McCall )
        Debtors ) Judge Morgenstern-Clarren

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3013 in the amount of $6.94, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **City of Cleveland**<br>**Division of Water**<br>**P.O. Box 94540**<br>**Cleveland, Ohio 44101-4540** | 7 | $160.64 | $ 6.94 |

Dated: November 15, 2010

                                  /s/ Sheldon Stein
                                  Sheldon Stein, Trustee

cc: United States Truste